IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AED EL-SABA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION: 15-00087-KD-N |
| | ) | |
| UNIVERSITY OF SOUTH ALABAMA, | ) | |
|     Defendant. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 22, 2015, is **ADOPTED** as **AMENDED** as the opinion of this Court as follows: Footnote 22 on Page 38 is **DELETED** (Doc. 25 at 38 at note 22). Accordingly, Defendant's motion to dismiss (Doc. 11) is **GRANTED in part** and **DENIED in part as AMENDED** *supra*.

Additionally, Plaintiff is **ORDERED** to endorse his Complaint via signature on or before **October 21, 2015.**

**DONE and ORDERED** this the **7**[th] day of **October 2015.**

                                                /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**