UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

A. EL-SABA                                 CIVIL ACTION NO. 15-00087

vs

UNIVERSITY OF                        JUDGE:   Dubose
   SOUTH ALABAMA                Magistrate Judge: Nelson

## NOTICE OF MULTIPLE SERVICES

PLEASE TAKE NOTICE that plaintiff has served the following on opposing counsel by fax on the date identified:

        Plaintiff's Further Amended and Supplemental Disclosure    7.18.16
        Plaintiff's Amended and Supplemental Disclosure            7.11.16
        Plaintiff's Supplemental Disclosure                         Undet'd

                                                        Respectfully submitted,
                                                        /s/J Courtney Wilson
                                                        J Courtney Wilson
                                                        1510 Veterans Blvd
                                                        Metairie, La 70005
                                                        (T) 504/832-0585

    I certify that I have this date filed the above via ECF which automatically serves the above on opposing counsel by fax.
        7/18/16                                                     /s/J Courtney Wilson