IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AED EL-SABA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 15-0087-KD-N |
| | ) | |
| UNIVERSITY OF SOUTH ALABAMA, | ) | |
|     Defendant. | ) | |

**JUDGMENT**

In conjunction with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that Judgment is entered against Plaintiff Aed El-Saba and in favor of Defendant University of South Alabama. It is further **ORDERED** that all of Plaintiff's Aed El-Saba's claims against Defendant University of South Alabama are **DISMISSED.**

**DONE** and **ORDERED** this **3rd** day of **November 2016.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**